```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

        - against -                          MEMORANDUM AND ORDER

GEORGE BOUYAGIAN,                            18 Cr. 99 (NRB)

                Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On June 26, 2020, the Court received defendant Bouyagian's undated letter, requesting appointment of counsel to assist in the filing of a motion for compassionate release.  See ECF No. 45.  Defendant references the general health risk posed by COVID-19 but does not provide any evidence of a relevant medical condition.  Nor does defendant's presentence investigation report reflect any serious medical condition.  Because defendant has failed to demonstrate a basis for a motion for compassionate release, his request for appointment of counsel is denied without prejudice.

**SO ORDERED.**

Dated:   New York, New York
         June 30, 2020

                                         *[signature: Naomi Reice Buchwald]*
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE

**Defendant(pro se)**
George Bouyagian


**A copy of the foregoing Memorandum and Order has been mailed to the following:**
George Bouyagian (#76103-054)
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887